ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.,
as Successor by Merger to BAC Home Loans
Servicing, LP fka Countrywide Home Loans
Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>ESPLANDE AT DAMONTE RANCH HOMEOWNERS' ASSOCIATION; THUNDER PROPERTIES, INC.; ATC ASSESSMENT COLLECTION GROUP, LLC, a/k/a ANGIUS & TERRY COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00120-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR BANK OF AMERICA, N.A. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 58]**<br><br>**(FIRST REQUEST)** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**Bank of America**); defendant Esplanade at Damonte Ranch Homeowners' Association (**Esplanade**) submit the following stipulation to allow Bank of America an additional 14 days to reply supporting its motion to dismiss, ECF No. 58:

Bank of America filed a motion to dismiss Esplanade's counterclaims on April 24, 2018. ECF No. 58. Esplanade filed an opposition on May 8, 2018. ECF No. 60. Bank of America's deadline to

1

file a reply is May 15, 2018.

The parties stipulate to extend Bank of America's reply deadline by 14 days, to May 29, 2018, to allow Bank of America additional time to prepare briefing of maximum assistance to the court.

This is Bank of America's first request for an extension, and is not made to cause delay or prejudice to any party.

| **AKERMAN LLP** | **ANGIUS & TERRY LLP** |
|---|---|
| /s/ *Jamie K. Combs* | */s/ Michael W. McKelleb* |
| ARIEL E. STERN, ESQ. | MICHAEL W. MCKELLEB, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 12040 |
| JAMIE K. COMBS, ESQ. | 9127 West Russell Road, Suite 220 |
| Nevada Bar No. 13088 | Las Vegas, Nevada 89148 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Esplanade at Damonte Ranch Homeowners' Association* |
| *Attorneys for Plaintiff Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | |

**IT IS SO ORDERED:**

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

May 16, 2018
DATED

2

45199732;1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the May 15, 2018 service of the foregoing was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using CM/ECF system for filing and transmittal to all interested parties.

| | |
|---|---|
| Michael W. McKelleb, Esq.<br>Anguis & Terry LLP<br>9127 W. Russell Road, Suite 220<br>Las Vegas, Nevada 89148<br><br>*Attorney for Esplanade at Damonte Ranch Homeowners' Association* | Roger P. Croteau, Esq.<br>Timothy Rhoda, Esq.<br>Roger P. Croteau & Associates, Ltd.<br>9120 West Post Road, Sutie 100<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Thunder Propertes, Inc.* |
| Christopher V. Yergensen, Esq.<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, Nevada 89146<br><br>*Attorneys for ATC Assessment Collection Group, LLC a/k/a Angius & Terry Collections, LLC* | |

*/s/*_____
An employee of AKERMAN LL

3

45199732;1