Michael W. McKelleb, Esq. SBN 12040
ANGIUS & TERRY LLP
9127 W. Russell Road, Ste. 220
Las Vegas, NV 89148
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
mmckelleb@angius-terry.com
*Attorneys for Defendants*
*ESPLANADE AT DAMONTE RANCH HOA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> ESPLANADE AT DAMONTE RANCH HOMEOWNERS' ASSOCIATION; ATC ASSESSMENT COLLECTION GROUP; THUNDER PROPERTIES, INC., <br><br> Defendants. | Case No. 3:16-CV-00120 |

**STIPULATION AND PROPOSED ORDER WITHDRAWING BANK OF AMERICA'S MOTION TO DISMISS ESPLANADE AT DAMONTE RANCH HOMEOWNER'S ASSOCIATION'S COUNTERCLAIMS**

COMES NOW defendant, Esplanade at Damonte Ranch Homeowners' Association ("Esplanade"), by and through its counsel of record, Angius & Terry LLP, and plaintiff, Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (BANA), by and through its counsel of record, Akerman LLP, and hereby stipulate and as follows:

On or about March 21, 2018 Esplanade filed its motion for leave to amend its answer to assert counterclaims against plaintiff. (ECF 46). On or about March 13, 2018, BANA filed its opposition to Esplanade's motion. (ECF 49). Thereafter, on or about March 27, 2018, Esplanade filed its reply. (ECF 52). On or about, March 30, 2018, this Court entered its order allowing Esplanade to amend its answer to assert counterclaims. (ECF 53). Accordingly, on or about April 3, 2018, Esplanade filed its amended answer asserting counterclaims against plaintiff. (ECF 54).

In response, on or about April 24, 2018, BANA filed its motion to dismiss. (ECF 58). On or about May 8, 2018, Esplanade filed its opposition to BANA's motion to dismiss. (ECF 60). Finally, on or about May 29, 2018, BANA filed its reply, making a decision on BANA's motion to dismiss ready for this Court's consideration. (ECF 64)

BANA and Esplanade determined a resolution of this matter as to BANA and Esplanade is possible. Accordingly, BANA and Esplanade are negotiating the terms of a resolution regarding the claims between them. Therefore, in the interest of judicial economy, Esplanade and BANA hereby agrees that the foregoing motion to dismiss filed by BANA on March 27, 2018 as ECF 58, including the opposition (ECF 60) and reply (ECF 64), are all hereby withdrawn. The foregoing notwithstanding, should negotiations in relation to settling this dispute fail, the motion to dismiss may be renewed by either Esplanade or BANA, with or without the agreement of the other party, by filing a notice with this Court, upon which the Court may decide the matter based on the briefing already on file herein.

/ / /

ANGIUS & TERRY LLP
9127 W. Russell Rd.
Suite 220
Las Vegas, NV 89148
(702) 990-2017

This request is made in the bona fide effort to resolve this dispute as between BANA and Esplanade and is not intended to cause any delay or prejudice to any party.

DATED: June 18, 2018.

ANGIUS & TERRY LLP

 /s/ Michael W. McKelleb
Michael W. McKelleb, Esq. SBN 12040
9127 W. Russell Road, Ste. 220
Las Vegas, NV 89148
*Attorneys for Defendants Esplanade at Damonte Ranch HOA*

DATED: June 18, 2018

AKERMAN LLP

 /s/ Jamie K. Combs
Ariel E. Stern, Esq. SBN 18276
Jamie K. Combs, Esq. SBN 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**ORDER**

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED:** June 20, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of June, 2018, service of the foregoing **STIPULATION AND PROPOSED WITHDRAWING BANK OF AMERICA'S MOTION TO DISMISS ESPLANADE AT DAMONTE RANCH HOMEOWNER'S ASSOCIATION'S COUNTERCLAIMS was** made via the Court's electronic service all parties registered therein through the Court's official e-filing system.

/s/ Marcella L. McCoy

An Employee of ANGIUS & TERRY LLP