ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   9120 West Post Road, Suite 100
4  Las Vegas, Nevada 89148
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Defendant*
   **THUNDER PROPERTIES, INC.**

7

8                    UNITED STATES DISTRICT COURT
9                        DISTRICT OF NEVADA
10                               ***
11
   BANK OF AMERICA, N.A., SUCCESSOR      )
12 BY MERGER TO BAC HOME LOANS           )
   SERVICING, LP FKA COUNTRYWIDE         )
13 HOME LOANS SERVICING, LP,             )   Case No.  3:16-cv-00120-MMD-WGC
                                         )
14                Plaintiff,             )
                                         )
15 vs.                                   )
                                         )
16 ESPLANADE AT DAMONTE RANCH            )
   HOMEOWNERS' ASSOCIATION;              )
17 THUNDER PROPERTIES, INC.; ATC         )
   ASSESSMENT GROUP, LLC, a/k/a ANGIUS   )
18 & TERRY COLLECTIONS, LLC,             )
                                         )
19                Defendants.            )
                                         )

20         **STIPULATION AND ORDER TO EXTEND TIME TO
21         RESPOND TO MOTION FOR SUMMARY JUDGMENT**
                        **(First Request)**
22
        COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, BANK OF
23
   AMERICA, N.A., by and through their undersigned counsel, and hereby stipulate and agree as
24
   follows:
25
        1.   On August 27, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF
26
             #72].  A Response is presently due on September 17, 2018.
27
        2.   Defendant's counsel has been required to devote time and attention to numerous
28

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

3. Moreover, the parties would like the opportunity to engage in meaningful settlement discussions prior to investing further time and expense in litigation.

4. Based upon the foregoing, Defendant has requested and shall be granted an extension of time until October 15, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

5. Plaintiff has requested and shall be granted an extension of time until November 13, 2018, in which to file its Reply.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this 17th day of September, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
|---|---|
| /s/ *Timothy E. Rhoda*<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendant***<br>***Thunder Properties, Inc.*** | /s/ *Jamie K. Combs*<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Cir., Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br>702-380-8572 (fax)<br>Jamie.combs@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** |

**IT IS SO ORDERED**

By: _____
    Judge, U.S. District Court

Dated: September 17, 2018

1905 A Wind Ranch

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____17th____ day of September, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Ariel E. Stern
Akerman LLP
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Jamie K. Combs
Akerman LLP
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
william.habdas@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Melanie D Morgan
Akerman LLP
1635 Village Center Cir., Suite 200
Las Vegas, NV 89134
(702)634-5005
Fax: (702) 380-8572
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

William Habdas
Akerman, LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
Fax: 702-380-8572
william.habdas@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Christopher V. Yergensen
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
702-804-8885
702-804-8887 (fax)
chris@nas-inc.com
*Attorneys for Defendant*
*ATC Assessment Collection Group, LLC*

Michael W McKelleb
ANGIUS & TERRY LLP
1120 N.Town Center Dr.
Suite 260
Las Vegas, NV 89144
702-990-2017
702-990-2018 (fax)
mmckelleb@angius-terry.com
*Attorneys for Defendants*
*ATC Assessment Collection Group, LLC and Esplanade at Damonte Ranch HOA*

      /s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

1905 A Wind Ranch