ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>ESPLANADE AT DAMONTE RANCH HOMEOWNERS' ASSOCIATION; THUNDER PROPERTIES, INC.; ATC ASSESSMENT COLLECTION GROUP, LLC, a/k/a ANGIUS & TERRY COLLECTIONS, LLC,<br><br>Defendants. | Case No. 3:16-cv-00120-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[First Request]** |

Plaintiff Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**), and Defendant Thunder Properties, Inc. (**Thunder**), hereby stipulate and agree that BANA shall have an additional three (3) days, up to and including **November 16, 2018**, to file its reply in support of motion for summary judgment, which is currently due on November 13, 2018, pursuant to ECF No. 73. The motion was filed on August 27, 2018, and the response was filed on October 15, 2018.

///

46978780;1

This is the first request for an extension of BANA's reply deadline. This extension is not sought for the purpose of delay or prejudice.

DATED this 13th day of November, 2018.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Timothy E. Rhoda* |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| JAMIE K. COMBS, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 9120 W. Post Road, Suite 100 |
| Las Vegas, NV 89134 | Las Vegas, NV 89148 |
| *Attorneys for Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | *Attorney for Thunder Properties, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: November 13, 2018

2

46978780;1